IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLIFF STEPHENS, <br><br> *Plaintiff*, <br><br> v. <br><br> TRAVIS TRANSON, CASS COUNTY, TX, CITY OF LINDEN, TEXAS, *and* STEPHEN BARNES, <br><br> *Defendants*. | § § § § § § § § § § | CASE NO. 2:25-CV-01087-JRG-RSP |

### ORDER

Cliff Stephens ("Plaintiff") previously filed two motions: an Emergency Motion for a Preliminary Injunction (Dkt. No. 7) and a second Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Conditional Notice of Appeal (Dkt. No. 9) (collectively, "Motions"). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 11), recommending denial of Plaintiffs' Motions to the extent that they seek *ex parte* temporary restraining orders, but deferring consideration of the preliminary injunction requests until service of process was completed. Plaintiff has now filed Objections. (Dkt. No. 12.)

After conducting a *de novo* review of the briefing on the Motions, the Report and Recommendation, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation and orders that the Motions (Dkt. Nos. 7, 9) are **DENIED** to the extent that they seek *ex parte* temporary restraining orders.

**So ORDERED and SIGNED this 4th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE